No. 91–8579. MEDINA v. KANSAS. Ct. App. Kan.;

No. 91–8581. MCDONALD v. YELLOW CAB METRO, INC. Sup. Ct. Tenn.;

No. 91–8773. QUINN v. FELTHAM ET AL. C. A. 2d Cir.;

No. 92–5047. OYEGBOLA v. UNITED STATES. C. A. 1st Cir.;
No. 92–5205. SCHULTZ ET UX. v. PARR ELEVATOR, INC. C. A.
7th Cir.; and
No. 92–5384. CARVER v. CARVER ET AL. C. A. 11th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until October 26, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

JUSTICE BLACKMUN and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petitions for writs of certiorari without reaching the merits of the motions to proceed *in forma pauperis*.